UNITED STATES BANKRUPTCY COURT
EASEERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                   Chapter 13
FRANCES D. HOYSRADT                        Case No.   17-27163-GMH

       Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

<u>**Your rights may be affected.**</u>   **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **May 8, 2018 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

     Dated at Milwaukee, Wisconsin, on April 26, 2018.


                                                    /s/_____
                                                    Scott Lieske, Trustee
                                                    Robert W. Stack, Staff Attorney
                                                    Christopher D. Schimke, Staff Attorney
                                                    Sandra M. Baner, Staff Attorney
                                                    Chapter 13 Standing Trustee
                                                    P.O. Box 510920
                                                    Milwaukee, Wisconsin 53203
                                                    T: (414) 271-3943
                                                    F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In the Matter of:
FRANCES D. HOYSRADT

               Debtor.

Chapter 13
Case No. 17-27163-GMH

___

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

___

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

Debtor's plan is not feasible to complete within the stated plan term of 36 months.

    Dated at Milwaukee, Wisconsin, on April 26, 2018

                              OFFICE OF CHAPTER 13 TRUSTEE

                              /s/_____
                              Scott Lieske, Chapter 13 Trustee
                              Robert W. Stack, Staff Attorney
                              Christopher D. Schimke, Staff Attorney
                              Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                                       Chapter 13
FRANCES D. HOYSRADT                       Case No. 17-27163-GMH

                         Debtor.

## CERTIFICATE OF SERVICE

       I hereby certify that on April 26, 2018, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                     OFFICE OF THE U.S. TRUSTEE
                     NICKOLAI & POLETTI, LLC

       I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                     FRANCES D. HOYSRADT
                     29915 MEADOW DRIVE
                     BURLINGTON, WI 53105

       Dated:    April 26, 2018

                                            /s/_____
                                            Jolene Parker
                                            Administrative Assistant
                                            Office of the Chapter 13 Trustee
                                            P.O. Box 510920
                                            Milwaukee, WI 53203
                                            T: (414) 271-3943
                                            F: (414) 271-9344